# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONNIE ANGEL ALCALA, | 1:08-cv-01676 DLB (HC) |
| Petitioner, | |
| vs. | ORDER AUTHORIZING IN FORMA PAUPERIS STATUS |
| FEDERAL BUREAU OF PRISONS, ETAL | |
| Respondent. | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated: **December 10, 2008**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE