IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONNIE ANGEL ALCALA, | 1:08-cv-01676-DLB (HC) |
| Petitioner, | ORDER GRANTING RESPONDENT'S FIFTEEN-DAY MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS |
| vs. | |
| HECTOR RIOS, WARDEN, et al., | |
| Respondents. | (DOCUMENT #11) |

Petitioner is a federal prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2241. On February 10, 2009, respondent filed a motion to extend time to file a response to the petition for writ of habeas corpus. Good cause having been presented to the court, IT IS HEREBY ORDERED that:

Respondent is GRANTED up to and including February 25, 2009, to file a response to the petition.

IT IS SO ORDERED.

Dated:  February 17, 2009            /s/ Dennis L. Beck
                                     UNITED STATES MAGISTRATE JUDGE