1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  JONNIE ANGEL ALCALA,                    1:08-cv-01676-DLB HC

10                    Petitioner,          ORDER DISREGARDING PETITIONER'S
                                           MOTION FOR CERTIFICATE OF
11           v.                            APPEALABILITY AS UNNECESSARY

12                                         [Doc. 18]
     HECTOR RIOS, Warden, et.al.,
13
                      Respondents.
14  _____/

15
16          On May 11, 2009, the instant petition for writ of habeas corpus filed pursuant to 28

17  U.S.C. § 2241 was dismissed for lack of subject matter jurisdiction and judgment was entered.[1]

18  (Court Docs. 16, 17.)   Because Petitioner's detention does not arise out of process issued by

19  state court, a certificate of appealability is not necessary and Petitioner's motion is HEREBY

20  DISREGARDED. Forde v. U.S. Parole Comm'n, 114 F.3d 878, 879 (9th Cir. 1997)

21
22          IT IS SO ORDERED.

            Dated:   __June 8, 2009__          _____/s/ Dennis L. Beck_____
23                                             UNITED STATES MAGISTRATE JUDGE
24
25
26
27  _____

28          [1] Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States
    Magistrate Judge

                                              1